**Order entered August 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00115-CV

**SHEILA TAYLOR, Appellant**

**V.**

**WELLS FARGO, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00369-E**

## ORDER

On August 1, 2016, the Court rejected the brief filed by Appellant as deficient and directed her to file a corrected brief on or before August 11, 2016. The Court received but did not file appellant's "Opening Brief and Excerpt of Record" on August 15, 2016 and notified appellant that a motion for extension of time to file the brief was required before the Court could file the untimely brief. Before the Court is Appellant's August 25, 2016 motion for extension of time to file her corrected brief. We **GRANT** the motion for extension and **DIRECT** the clerk of the court to file the brief received by the Court on August 15, 2016 and mark it filed on August 25, 2016. Appellee's brief is now due to be filed on or before October 26, 2016.

/s/     CRAIG STODDART
         JUSTICE